1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID TIFFANY,

    *Plaintiff*,                                3:08-cv-00241-HDM-VPC

vs.

                                 ORDER

SANDRA L. STEWART,

    *Defendant*.

Plaintiff has filed a complaint.  Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint.  Moreover, the complaint was not submitted on a Section 1983 complaint form as required by Local Rule LSR 2-1.

IT THEREFORE IS ORDERED that this action is DISMISSED without prejudice to the filing of a new complaint in a new action accompanied by either the required $350.00 filing fee or a properly completed application to proceed *in forma pauperis*.  The Clerk of Court shall enter final judgment accordingly.

IT FURTHER IS ORDERED that the Clerk shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank Section 1983 complaint form, and one copy of the complaint that plaintiff submitted in this action.

DATED:      May 14, 2008.

*Howard D. McKibben*

_____
HOWARD D. MCKIBBEN
United States District Judge