AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF    NEVADA

DAVID TIFFANY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:08-cv-00241-HDM-VPC**

SANDRA L. STEWART,

      Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new complaint in a new action accompanied by either the required $350.00 filing fee or a properly completed application to proceed *in forma pauperis*.

  May 14, 2008                                  **LANCE S. WILSON**
                                                                  Clerk

                                                             /s/ Kalani Lizares
                                                             Deputy Clerk